# Court of Appeals
# of the State of Georgia

ATLANTA, January 05, 2024

*The Court of Appeals hereby passes the following order*

## A24I0095. MORGAN & MORGAN JACKSONVILLE, PLLC et al v. BRIAN BROWN et al.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

STCV2301276



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, January 05, 2024.

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.